# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sauer Incorporated ) ASBCA No. 60366
)
Under Contract No. N69450-09-D-1274 )

APPEARANCE FOR THE APPELLANT: Kevin J. Kelly, Esq.
General Counsel

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director
Richard A. Gallivan, Esq.
Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE CLARKE

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $87,500.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 22 February 2018

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60366, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
